# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Gregory Lee Pettit<br><br>*Defendant(s)* | Case No.   1:25-mj-00027-WCM |

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   July 23, 2025   in the county of   Buncombe   in the   Western   District of   North Carolina  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | Possession of unregistered NFA destructive device |

This criminal complaint is based on these facts:
See Attached Affidavit

☒ Continued on the attached sheet.

/s/ Tyler Billings
*Complainant's signature*

Tyler Billings,
Special Agent, Bureau of Alcohol, Tobacco and Firearms
*Printed name and title*

Sworn in accordance with Rule 4.1.

W. Carleton Metcalf
United States Magistrate Judge
*Judge's signature*

Date:  07/28/2025

City and state:   Asheville, North Carolina       Honorable W. Carleton Metcalf, United States Magistrate Judge
*Printed name and title*